**Order entered August 23, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00848-CR

**JUAN FELIPE ZENDEJAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-15-474**

## ORDER

We **GRANT** the State's August 19, 2016 motion to extend time to file its jurisdictional

letter brief and **ORDER** the jurisdictional letter brief filed no later than August 29, 2016.


/s/      LANA MYERS
JUSTICE